**E-FILED**
Friday, 28 October, 2005  10:34:55 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW W. CREASEY,      )<br>                          )<br>       Plaintiff,        )<br>                          )<br>   v.                     )   Case No. 05-1111<br>                          )<br>WESTERN ILLINOIS UNIVERSITY, )<br>                          )<br>       Defendant.        )| |

### ORDER

Before the Court is Magistrate Judge Cudmore's Report and Recommendation [Doc. # 8], which addresses Defendant's Motion to Dismiss [Doc. # 4].  The parties have not filed any objections within the ten (10) days allotted by 28 U.S.C. § 636(b)(1). Failure to object constitutes a waiver of any objections.  See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, the Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant's Motion is GRANTED IN PART and DENIED IN PART.  Plaintiff's 42 U.S.C. § 2000e claim is DISMISSED.  The motion is DENIED in all other respects.

Entered this   26th   day of October, 2005.

                              s/ Joe B. McDade
                              JOE BILLY McDADE
                           United States District Judge